Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ROJINA PAZOKI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>PRIMELENDING,<br>A PLAINSCAPITAL COMPANY,<br><br>Defendants. | Case No. 8:23-cv-01037-DOC-KES<br><br>**NOTICE OF SETTLEMENT** |

The undersigned counsel for the Plaintiff hereby provides notice to the Court that a settlement has been reached between Plaintiff and Defendant; and a settlement agreement is in the process of being finalized. Once the settlement agreement is fully executed, the parties shall file a Stipulation of Dismissal with prejudice and without attorneys' fees or costs.

In light of the settlement, it is respectfully requested that the Scheduling Conference set for October 16, 2023 be cancelled.

DATED: October 13, 2023

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
Attorneys for Plaintiff

MARKUN ZUSMAN & COMPTON LLP

Dated: October 13, 2023

By: /s/ Kevin K. Eng
Edward S. Zusman
Kevin K. Eng

Attorneys for Defendant PRIMELENDING, A PLAINSCAPITAL COMPANY