Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **ROJINA PAZOKI, on behalf of herself and all others similarly situated**,<br><br>    Plaintiff,<br><br>v.<br><br>**PRIMELENDING,<br>A PLAINSCAPITAL COMPANY,**<br><br>    Defendant. | Case No.  8:23-cv-01037-DOC-KES<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Rojina Pazoki and Defendant PrimeLending, A PlainsCapital Company  (collectively, the "Parties") hereby stipulate to a dismissal of all of Plaintiff's claims against Defendant in the above-captioned matter, with prejudice.

The Parties shall bear their own attorneys' fees and costs incurred in this action.

| | |
|---|---|
| DATED: March 27, 2024 | By: /s/ Yitzchak Zelman |
| | Yitzchak Zelman, Esq. |
| | MARCUS & ZELMAN, LLC |
| | 701 Cookman Avenue, Suite 300 |
| | Asbury Park, NJ 07712 |
| | Tel: (732) 695-3282 |
| | Fax: (732) 298-6256 |
| | Email: zelman@marcuszelman.com |
| | Attorneys for Plaintiff |
| | |
| DATED: March 27, 2024 | By: /s/ Edward S. Zusman |
| | Edward S. Zusman, Esq. |
| | MARKUN ZUSMAN & COMPTON LLP |
| | 465 California Street, Suite 401 |
| | San Francisco, CA 94101 |
| | Tel: (415) 438-4515 |
| | Fax: (415) 434-4505 |
| | Email: ezusman@mzclaw.com |
| | Attorneys for Defendant |